**Edward GATHRIGHT, Plaintiff— Appellee,**

v.

**CITY OF PORTLAND, OREGON, a municipal corporation; et al., Defendants—Appellants.**

No. 03–35432.
D.C. No. CV–03–00130–HA.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 10, 2003.

Kelly E. Ford, Herbert G. Grey, Attorney at Law, Beaverton, OR, John M. Lotz, Aliso Veijo, CA, for Plaintiff–Appellee.

Harry Michael Auerbach, Office of The City Attorney, Portland, OR, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

### MEMORANDUM**

This preliminary injunction appeal comes to us for review under Ninth Circuit

Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief only to limited review. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

We cannot say that the district court abused its discretion here. We therefore affirm the district court's order granting the preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International, Inc.*, 686 F.2d 750, 752 (9th Cir.1982).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.